UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOUNT VERNON FIRE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MARKKO ENTERPRISES, INC.; CHUBB NATIONAL INSURANCE COMPANY, as Subrogee of WENDY HAMILTON; CHUBB INDEMNITY INSURANCE COMPANY, as Subrogee of MARSHA COHEN; AMICA MUTUAL INSURANCE COMPANY, as Subrogee of MICHAEL DEMARCO; and DARIUSZ BOROWSKI,<br><br>　　　　　Defendants. | CIVIL ACTION NO.  1:19-cv-12210 |

**STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO THE PLAINTIFF'S CLAIMS AGAINST CHUBB NATIONAL
INSURANCE COMPANY AND CHUBB INDEMNITY INSURANCE COMPANY**

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) the Parties in the above captioned matter hereby stipulate that Plaintiff's claims against Defendants Chubb National Insurance Company and Chubb Indemnity Insurance Company be dismissed with prejudice, without costs, and waiving all rights of appeal and/or rights to petition for attorneys' fees and/or expenses.

Respectfully submitted,

| | |
|---|---|
| MOUNT VERNON FIRE INSURANCE COMPANY | CHUBB NATIONAL INSURANCE COMPANY A/S/O WENDY HAMILTON |
| By its attorneys, | By its attorney, |
| */s/ Lincoln A. Rose* _____ <br> Scarlett M. Rajbanshi, BBO#666103 <br> Lincoln A. Rose, BBO#691797 <br> Peabody & Arnold LLP <br> Federal Reserve Plaza <br> 600 Atlantic Avenue <br> Boston, MA 02210 <br> (617) 951-2011 <br> srajbanshi@peabodyarnold.com <br> lrose@peabodyarnold.com | */s/ Patrick J. Loftus, III* _____ <br> Patrick J. Loftus, III, BBO#303310 <br> Loftus and Loftus <br> The Coyne Building <br> 546 East Broadway <br> Boston, MA, 02127 <br> (617) 268-7777 <br> pjl@loftusandloftuspc.com |
| CHUBB INDEMNITY INSURANCE COMPANY A/S/O MARSHA COHEN | AMICA MUTUAL INSURANCE COMPANY A/S/O MICHAEL DEMARCO |
| By its attorney, | By its attorney, |
| */s/ Patrick J. Loftus, III* _____ <br> Patrick J. Loftus, III, BBO#303310 <br> Loftus and Loftus <br> The Coyne Building <br> 546 East Broadway <br> Boston, MA, 02127 <br> (617) 268-7777 <br> Soxdctr@gmail.com | */s/ Laura Meyer Gregory* _____ <br> Laura Meyer Gregory, BBO#563689 <br> Sloane and Walsh, LLP <br> One Center Plaza, 8th Floor <br> Boston, MA 02108 <br> (617) 523-6010 <br> lgregory@sloanewalsh.com |

MARKKO ENTERPRISES, INC.

By its Attorney,

*/s/ Stephen J. Delamere* _____
Stephen J. Delamere
Law Office of Stephen J. Delamere, P.C.
839 Washington Street
Stoughton, MA 02072
sdelamere@delamerelaw.com

## **CERTIFICATE OF SERVICE**

I, Lincoln A. Rose, do hereby certify that I have on this 4th day of November 2020, served the foregoing document via ECF on all parties of record.

<u>/s/ Lincoln A. Rose</u><br>
Lincoln A. Rose