**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


Mt. Vernon Fire Ins. Co., Plaintiff

                                        V.          CIVIL ACTION NO. 1:19-cv-12210-DJC

Markko Enterprises and Amica, Defendants


**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

To Judge Casper

[ ]    The parties reported this case as settled prior to the mediation

[ ]    On_____1/11/2021_____ I held the following ADR proceeding:

_____        SCREENING CONFERENCE        _____ EARLY NEUTRAL EVALUATION

__X_____ MEDIATION _____ SUMMARY BENCH / JURY TRIAL _____ MINI-TRIAL

_____ SETTLEMENT CONFERENCE


All parties were represented by counsel  [except _____]

The parties were / were not  present in person or by authorized corporate officer [except

_____].

The case was:


**[ X ]   Settled.  A Settlement Order may issue.**

[ ]    This case did not settle.  Please return to the trial list.

[ ]    Counsel notified the court that this case is not ripe for mediation at this time.


1/11/2021                                        EDWARD F. HARRINGTON, SDJ
DATE                                                 ADR Provider